THE STATE OF KANSAS, *on the relation of John N. Ives, Attorney General,* v. L. K. KIRK *et al., as Trustees of the State Charitable Institutions, and B. D. Eastman, as Superintendent of the Topeka Insane Asylum.*

*Per Curiam:* Upon the authority of *The State, ex rel., v. Martindale et al.,* just decided, the peremptory writ of *mandamus* will also be denied in this case, and judgment rendered in favor of the defendants for their costs.          *